583 A.2d 343

STATE OF NEW JERSEY v. DARRYL PROCTOR.

March 20, 1990.

Petition for certification denied.

583 A.2d 343

TERI ZASTROW v. NEW JERSEY AUTOMOBILE FULL
INSURANCE UNDERWRITING ASSOC.

March 20, 1990.

Petition for certification denied.

583 A.2d 343

ANTONY A. BRILAKIS v. WASHINGTON BRIDGE
PLAZA ASSOCIATES.

March 20, 1990.

Petition for certification denied.

583 A.2d 344

DEREK LEE HALL v. PROBATION OFFICE OF
ATLANTIC COUNTY.

March 20, 1990.

Petition for certification denied.